

63 WASHINGTON STREET, POUGHKEEPSIE, NEW YORK 12602  PHONE (845) 262-6333  WWW.SOKOLOFFSTERN.COM

Kimberly Hunt Lee
klee@sokoloffstern.com

February 18, 2025

**VIA ECF**
Hon. Victoria Reznik
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   Estremera v. City of Beacon, et al
      7:23-cv-02294-VB/VR
      Our File No. 240327PK

Dear Magistrate Judge Reznik:

This office represents defendants in this action and I write, upon consent of plaintiff's counsel, to request an adjournment of the settlement conference scheduled for March 13, 2025. The reason for the request is that I already have two conferences on March 13, 2025 before Judge Seibel.

Plaintiff's counsel and I request that the conference be adjourned, and if the court is available, we are both available on March 6, 2025. If the court is not available on that date, I will be out of the office from March 17 through March 21, 2025.

Thank you for your courtesies and consideration of this request.

                                  Respectfully yours,

                                  SOKOLOFF STERN LLP

                                  *Kimberly Hunt Lee*
                                  KIMBERLY HUNT LEE

KHL/dmf
Cc:   Jonathan R. Goldman, Esq./Goldman Law, PLLC

---

**MEMO ENDORSED**

The March 13, 2025 settlement conference is rescheduled to **March 6, 2025 at 2:30 pm**

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.

February 19, 2025

---

LONG ISLAND  ▪  HUDSON VALLEY