USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 4-11-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BRIDGET ESTREMERA,

          Plaintiff,

v.

JASON WALDEN; RYAN SAMBELLS; and
ROBERT SELLICK,

          Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

23 CV 2294 (VB)

     The Court has been advised by Magistrate Judge Reznik that the parties have reached a settlement in principle in this matter. Accordingly, it is hereby ORDERED that this action is dismissed, without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 9, 2025. To be clear, any application to restore the action must be filed by June 9, 2025, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

     All other deadlines, scheduled conferences, or other appearances, including the status conference scheduled for April 23, 2025, are cancelled.

     The Clerk is instructed to close this case.

Dated: April 11, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge